UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAN CAPITAL MERCHANT SERVICES
INC., a Del Corp

    Plaintiff,    Hon. Denis Page Hood
    Case No. 2:16-cv-10487-DPH-APP
v

ALL WIRELESS, Inc. a Michigan Corp,
and MOHAMED K. KATBEY, Guarantor,
jointly and severally

    Defendants,

| MULLER, MULLER, RICHMOND | DEANO C. WARE, P.C. |
|---|---|
| By: Richard A. Miller (P58626) | Deano C. Ware (P65421) |
| Attorney for Plaintiff | Attorney for Defendants |
| 33233 Woodward Ave | 24801 Five Mile, Ste. 5 |
| Birmingham, MI 48009 | Redford, Michigan 48240 |
| 248/645-2440 | (313) 541-8433 |
| Detroit, MI 48226 | attorneyware@msn.com |

**DEFENDANTS/COUNTER PLAINTIFFS ALL WIRELESS, INC/ AND MOHAMED K. KATBEY ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF/COUNTER DEFENDANT'S FIRST AMENDED COMPLAINT**

    Defendants/Counter Plaintiffs, All Wireless, Inc. and Mohamed K. Katbey, through counsel, Deano C. Ware, P.C., state as follows for their Answers and Affirmative Defenses to Plaintiff's Complaint:

1. Denied as untrue.

2. Neither admitted or denied as paragraph 2 of Plaintiff/Counter Defendant's Amended Complaint is conclusory.

1

3. Denied as untrue as Plaintiff/Counter Defendant's Amended Complaint fails to state what the purported sum of $55,934.94 consists of and which "receipts" were not received totaling $55,934.94.

4. Denied as the transaction Plaintiff entered into with Defendants was contrary to law and public policy.  Was usurious and unenforceable and that upon information and belief the sum of $55,934.94 alleged to be owed to the Plaintiff/Counter Defendant already consists of interest far in excess of $10,831.46.

5. Neither admitted or denied.

Respectfully Submitted,

**DEANO C. WARE, P.C.**

Dated:  March 27, 2016

/s/ Deano C. Ware
_____
DEANO C. WARE, P.C.
Deano C. Ware (P65421)
Attorney for Defendants Christy
P.O. Box 40162
Redford, Michigan 48239
(313) 541-8433
attorneyware@msn.com

**AFFIRMATIVE DEFENSES**
**AND DEMAND FOR ANSWER**

Defendants/Counter Plaintiffs, All Wireless, Inc. and Mohamed K. Katbey, through counsel, Deano C. Ware, P.C., state as follows for their Answers and Affirmative Defenses to Plaintiff's Amended Complaint:

1. **Failure to State A Claim**.  Plaintiff/Counter Defendants complaint as alleged fails to state a claim upon which relief may be granted.
2. **Binding Arbitration.**  Some or all of Plaintiff/Counter Defendants complaint is governed by a Binding Arbitration agreement.

2

3. **Barred By Statute**.  Some or all of Plaintiff/Counter Defendants claims for relief are barred in whole or part by law.
4. **Usury**.  The transaction entered into between Plaintiff/Counter Defendants and Defendants is barred in whole or part by the doctrine of usury.
5. **Fraud.**  Some or all of the relief sought by Plaintiff/Counter Defendants is barred by the doctrine of fraud where Plaintiff/Counter Defendants fraudulent misrepresented the nature of the transaction it was entering into with Defendants.
6. **Res Judicata/Collateral Estoppel.**  That some or all of Plaintiff/Counter Defendants claims are barred by the doctrine of res judicata and collateral estoppel from a prior order entered by another United States District Court.
7. **Payment.**  Defendants have paid all or part of the debt legally owed to Plaintiff/Counter Defendants.
8. **Lack of Standing.** Plaintiff/Counter Defendants lacks standing to bring one or all of its claims as the agreements relied upon by Plaintiff/Counter Defendants and attached to its complaint were entered into between the Defendants and AdvanceMe, Inc.
9. **Failure to Join A Necessary Party** Plaintiff/Counter Defendants have failed to join one or more necessary parties to this action.
10. **Reservation of Rights.**  Defendants reserve the right to assert any and all other affirmative defenses revealed as a result of discovery or other pleadings in this matter.

Respectfully Submitted,

**DEANO C. WARE, P.C.**

Dated:  March 27, 2016

/s/ Deano C. Ware
_____
DEANO C. WARE, P.C.
Deano C. Ware (P65421)
Attorney for Defendants Christy
P.O. Box 40162
Redford, Michigan 48239
(313) 541-8433
attorneyware@msn.com

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2016 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following **Richard A. Muller**  and I hereby certify I have mailed by United States Postal Service the document to the following _____.

/s/DEANO C. WARE, P.C.

3